# United States District Court
## Southern District of Georgia

Randy Price

Plaintiff,

v.

State of Georgia; Judge Peed; Georgia Board of Pardon and Parole

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-164

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 30, 2022, Plaintiff's Complaint is dismissed for failure to comply with the Court's Order and his failure to prosecute this action. This action stands closed.

Approved by: _Christopher L. Ray_
Magistrate Judge Christopher L. Ray

June 30, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk